### L. P. DELAHOUSSAYE vs. E. B. CRYER.

GUNBY, J. Where a steamboat is burnt and sunk, the wreck belongs to the underwriters under the law of insurance—but salvors thereof have a privilege for labor done.

2. There need be no written *proces verbal* of the adjudications of personal property at a sale made by the sheriff as auctioneer; but where the sale is unaccompanied by delivery, the sheriff's statement will be taken as the best evidence to determine to whom the sale was made.

3. Plaintiff having failed to show a title to the capstan and engines in possession of defendant, will be non-suited, although it be shown that the possessor has no title thereto.